# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

Jose AVILES SANDOVAL,

    *Petitioner*,

    v.

Warden of the Irwin County Detention Center in his official capacity, et al.

    *Respondents*.

Case No.: 7:26-cv-00093-CDL-ALS

---

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

---

Petitioner Jose Aviles Sandoval, by and through undersigned counsel, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of voluntary dismissal of his Petition for Writ of Habeas Corpus in the above-captioned case.

Dated: April 16, 2026

Respectfully submitted,

/s/ Thomas Evans
Thomas Evans
KUCK BAXTER LLC
P.O. Box 501359
Atlanta, Georgia 31150
Tel.: (404) 949-8176
tevans@immigration.net

SO ORDERED this _17th_ day of _April, 2026_.

W. Louis Sands, Sr. Judge
United States District Court

1